U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 19 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.: 3:10-CR-274-L |
| | ) | |
| MICHAEL WALLENS SR. | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

Flynn Patrick Singleton, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and entered a plea of guilty to Count(s) 1 of the Information on October 19, 2010. After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted, and that Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   October ___, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).